STARK & STARK

**STARK & STARK**
A Professional Corporation
993 Lenox Drive, Bldg. 2
P.O. Box 5315
Princeton, New Jersey 08543-5315
(609) 896-9060
*Attorneys for Defendant Kevin I. Dowd*

| | |
|---|---|
| NIGHTINGALE & ASSOCIATES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN DOWD,<br><br>Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>BERGEN COUNTY<br><br>DOCKET NO. L-7099-09<br><br>*Civil Action*<br><br>NOTICE OF FILING<br>REMOVAL PETITION |

TO:   Clerk, Superior Court of New Jersey
      Law Division, Bergen County
      10 Main Street
      Hackensack, New Jersey 07601

**PLEASE TAKE NOTICE** that Defendant Kevin I. Dowd has, on November 9, 2009, electronically filed with the Office of the Clerk of the United States District Court for the District of New Jersey a "Notice of Removal" petitioning to remove this action to the District of New Jersey pursuant to 28 U.S.C. § 1446. A true and correct copy of the Defendant's removal petition is attached hereto as Exhibit "A".

STARK & STARK
A Professional Corporation

By: _____
    SCOTT I. UNGER

Dated: November 9, 2009

STARK & STARK

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2009, I caused this Notice of Filing Notice of Removal to be sent via Federal Express to the Clerk, Superior Court of New Jersey, Law Division, Bergen County, for filing, and contemporaneously therewith sent notification of such filing via regular U.S. mail and facsimile transmission to the following:

>Marc J. Gross, Esquire
>Greenbaum, Rowe, Smith & Davis, LLP
>75 Livingston Avenue, Suite 301
>Roseland, New Jersey 07068
>(Fax) 973-535-1698
>*Counsel for Plaintiff Nightingale & Associates, LLC*

STARK & STARK
A Professional Corporation

By: _____
        SCOTT I. UNGER

Dated: November 9, 2009

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315