# Greenbaum Rowe Smith & Davis LLP

**COUNSELORS AT LAW**

75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600     FAX (973) 535-1698

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

**MARC J. GROSS, ESQ.**
PARTNER
(973) 577-1810 - DIRECT DIAL
(973) 577-1811 - DIRECT FAX
MGROSS@GREENBAUMLAW.COM

WOODBRIDGE OFFICE:
METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600
FAX (732) 549-1881

*DELIVERY ADDRESS:*
99 WOOD AVENUE SOUTH
ISELIN, NJ 08830-2712

RECEIVED OCT 26 2009 STARK & STARK

October 22, 2009

Civil Case Processing Section  (Law/Civil)
Justice Center, Room 113
10 Main Street
Hackensack, NJ  07601

        Re:    **Nightingale & Associates, LLC v. Kevin Dowd**
                  **Docket No. L-7099-09**

Dear Sir/Madam:

     Enclosed for filing is an original and copy of the Certification of Service of Process of Marc J. Gross, Esq. in the above matter.  Kindly file same and return a stamped "filed" copy to my office in the envelope provided for the Court's convenience.  All appropriate fees, if any, may be applied to our **Account No. 0038800**.

     Thank you for your cooperation and courtesies.

                                        Very truly yours,

                                        MARC J. GROSS

MJG/rzb
Enclosure
c.    Scott Unger, Esq.

MARC J. GROSS, ESQ.
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
75 Livingston Avenue, Suite 301
Roseland, New Jersey  07068
973/535-1600
973/535-1698 (Fax)
Attorneys for Plaintiff

| | |
|---|---|
| NIGHTINGALE & ASSOCIATES, LLC<br><br>               Plaintiff,<br>v.<br><br>KEVIN DOWD<br>               Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>BERGEN COUNTY<br><br>DOCKET NO.  L-7099-09<br><br>**CIVIL ACTION**<br><br>**CERTIFICATION OF SERVICE<br>OF PROCESS** |

   MARC J. GROSS, of full age, under oath, hereby certifies as follows:

   1.   I am an Attorney at Law of the State of New Jersey and am a member of the law firm of Greenbaum, Rowe, Smith & Davis LLP, attorneys for plaintiff, Nightingale & Associates, LLC.  I have personal knowledge of the facts set forth below.

   2.   On October 10, 2009, at 6:03 p.m. defendant, Kevin Dowd, was personally served with the Summons and Complaint in the within matter at 9550 East Yucca street, Scottsdale, Arizona 85260.  Service way made by Steven Hill, a process server.  Attached hereto as Exhibit "A" is Mr. Hill's Affidavit of Service.

1155297.01

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
MARC J. GROSS

Dated: October 22, 2009

1155297.01

| | |
|---|---|
| NIGHTINGALE & ASSOC., LLC **Plaintiff**<br>vs.<br>KEVIN DOWD **Defendant** | Superior Court Of New Jersey<br>BERGEN Venue<br>Docket Number: BER L 7099 09 |

**Person to be served** (Name and Address):
KEVIN DOWD
9550 EAST YUCCA STREET
SCOTTSDALE AZ 85260
**By serving:** KEVIN DOWD

**Attorney:** MARC J. GROSS, ESQ

### AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____

**Papers Served:** SUMMONS, AMENDED COMPLAINT

**Service Data:** [X] Served Successfully   [ ] Not Served

**Date/Time:** 10/10/09 @ 6:03pm

[X] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[ ] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

Attempts: Date/Time: _____
Date/Time: _____
Date/Time: _____

Name of Person Served and relationship/title: _____

**Description of Person Accepting Service:**
SEX: M  AGE: 50  HEIGHT: 6'  WEIGHT: 220  SKIN: Ben  HAIR: Ben  OTHER: glasses

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on:   Date/Time: _____
Date/Time: _____
Date/Time: _____

Other:

**Served Data:**
Subscribed and Sworn to me this 12th day of October, 2009
Notary Signature: _____
Name of Notary: Sharie L. Lee
Commission Expiration: 2/16/2011

OFFICIAL SEAL
SHARIE L. LEE
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Feb. 16, 2011

I, Stephen Hill, was at the time of service a competent adult, over the age of 18 and not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server   Date: 10/12/09